FILED LODGED
RECEIVED
SEP 19 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                    DEPUTY

THE HONORABLE ROBERT J. BRYAN

09-CR-05452-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUAN ANTONIO MOLINA-ABARCA, <br><br> Defendant. | NO: CR09-5452 RJB <br><br> MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF ATTORNEY |

COME NOW Lance M. Hester of the Hester Law Group, Inc., P.S., and Kenneth Kanev, and hereby move for the withdrawal of Kenneth Kanev as attorney of record for defendant, Juan Antonio Molina-Abarca, and for the substitution of Lance M. Hester, and the Hester Law Group, Inc., P.S. as attorneys for said defendant. The defendant agrees with the withdrawal and substitution of counsel as proposed.

DATED this 17th day of September, 2009.

Withdrawing Attorney:                Substituting Attorney:

*Approved Via E-Mail: 9/16/09*       */s/ Lance M. Hester*

Kenneth Kanev, WSB #508              Lance M. Hester, WSB #27813
                                     Hester Law Group, Inc., P.S.

---

Motion and Order for Withdrawal and
Substitution of Attorney - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

## ORDER

Before this court is defendant's motion for the withdrawal of Kenneth Kanev, as attorney of record for defendant, and for the substitution of Lance M. Hester, and the Hester Law Group, Inc., P.S., as attorneys of record for defendant, and the court having reviewed the records and files herein, and being fully advised in the premises, it is now, therefore,

ORDERED that the motion allowing the withdrawal of Kenneth Kanev as attorney of record for defendant is hereby granted. It is further

ORDERED that the motion allowing the substitution of Lance M. Hester and the Hester Law Group, Inc., P.S., as attorneys of record for defendant is hereby granted.

DONE IN OPEN COURT this 18th day of September, 2009.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

Withdrawing Attorney                                Substituting Attorney

*Approved Via E-Mail: 09/16/09*                      /s/ Lance M. Hester

By:_____.                 By:_____.
    Kenneth Kanev, WSB #508                         Lance M. Hester, WSB #27813
                                                     Hester Law Group, Inc. P.S.

Motion and Order for Withdrawal and
Substitution of Attorney - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

# CERTIFICATE OF SERVICE

I hereby certify that on September 17th, 2009, I electronically filed the foregoing Motion and Order for Withdrawal and Substitution of Attorney with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Douglas Whalley
And Roger Rogoff
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

I hereby certify that on September 17th, 2009, I mailed Motion and Order for Withdrawal and Substitution of Attorney to the following:

Juan Antonio Molina-Abarca

DATED this 17th day of September, 2009.

/s/ Sarah M. Heckman

_____
Sarah M. Heckman

Motion and Order for Withdrawal and
Substitution of Attorney - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157