**Honorable Robert J. Bryan**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JUAN ANTONIO MOLINA-ABARCA,<br><br>        Defendants. | **NO: CR09-05452RJB**<br><br>**ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

**THIS MATTER** having come on regularly before the above-entitled Court upon the Motion for Withdrawal and Substitution of Counsel for JUAN ANTONIO MOLINA-ABARCA, the Court having considered the Motion and the Declaration of ROBERT G. MEYERS in support of the Motion for Withdrawal and Substitution of Counsel, the Court having reviewed the files and records of this proceeding and in all respects being fully advised, now, therefore, it is hereby

**ORDERED** that LANCE M. HESTER, current Attorney for JAUN ANTONIO MOLINA-ABARCA, is withdrawn as counsel of record

ORDER FOR WITHDRAWAL
AND SUBSITUTION OF COUNSEL

ROBERT G. MEYERS, WSBA #15199
LAW OFFICES OF JAMES V. NEWTON, PLLC
428 WEST HARRISON STREET
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800

1 effective immediately and that ROBERT G. MEYERS shall be
2 allowed to substitute in as Attorney of record for JUAN ANTONIO
3 MOLINA-ABARCA, effective immediately.

   **IT IS SO ORDERED** this 4th day of November, 2009.

   _____
   ROBERT J. BRYAN
   United States District Judge

   /s/Robert G. Meyers
   ROBERT G. MEYERS
   WSBA#15199
   Law Offices of James Newton
   428 West Harrison Street
   Kent, WA 98032
   Telephone: (253)852-6600
   Fax: (253) 852-6800
   E-mail: Bob@jimnewtonlaw.com