UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>JUAN ANTONIO MOLINA-ABARCA,<br><br>    Defendant. | NO. CR09-05452RJB<br><br>ORDER NOTING MOTION TO EXTEND TIME TO FILE DEFENSE MOTION |

    This matter comes before the court on the above-referenced motion (Dkt. 340) filed by counsel for the defendant Juan Antonio Molina-Abarca. The motion was filed without a noting date on the face of the motion as required by Local Criminal Rule 12(7), but a review of the case in CM/ECF indicates counsel erroneously noted the motion in that system for the filing date, December 16, 2009.

    Therefore, the court hereby notes the motion for the proper noting date, which is Friday, December 25, 2009. Any responses and replies should be filed in accord with Western District of Washington Local Criminal Rule 12.

The court would further note that that Rule provides, in part (c)(1), that late motions can be filed upon leave of court for good cause shown.

Dated this 17th day of December, 2009.

/s/ Robert J. Bryan
ROBERT J. BRYAN
United States District Judge