Honorable Robert J. Bryan

09-CR-05452-ORD

FILED RECEIVED LODGED
DEC 30 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JUAN ANTONIO MOLINA-ABARCA,<br><br>  Defendant. | NO. CR09-05452RJB<br><br>~~PROPOSED~~ ORDER GRANTING EXTENSION TO FILE DEFENSE MOTION |

**THIS MATTER** having come on regularly before the above-entitled Court upon Motion to Extend Time to File Defense Motion, the Court having considered the Motion and Declaration of ROBERT G. MEYERS in support of the Motion to Extend Time to File Defense Motion, the Court having reviewed the files and records of this proceeding and in all respects being fully advised, no, therefore, it is hereby

**ORDERED** that the Defense be granted a two week extension to December 31, 2009.

~~PROPOSED~~ ORDER TO EXTEND TIME TO FILE DEFENSE
MOTION Page |1

LAW OFFICES OF JAMES NEWTON, PLLC
428 WEST HARRISON STREET
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800

IT IS SO ORDERED this 30 day of December, 2009

*Robert J. Bryan* (signature)

ROBERT J. BRYAN

/s/Robert G. Meyers
ROBERT G. MEYERS
WSBA#15199
Law Offices of James Newton
428 West Harrison Street
Kent, WA 98032
Telephone: (253)852-6600
Fax: (253) 852-6800
E-mail: Bob@jimnewtonlaw.com